UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YANA BANGIYEVA, individually and on
behalf of others similarly situated,

                        Plaintiff,                        JUDGMENT
v.                                                    20-CV-6016 (LDH) (RER)

FINANCIAL RECOVERY SERVICES, INC. and
LVNV FUNDING LLC,

                        Defendants.
------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been entered on September 26, 2022, granting Defendant's motion to dismiss the complaint in its entirety; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss the complaint in its entirety is granted.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
          September 27, 2022                            Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                              Deputy Clerk